JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENG HE,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | Case No. 5:26-cv-01476-RGK-AYP<br><br>JUDGMENT |

IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") is denied; and (2) the Clerk shall enter Judgment accordingly.

IT IS SO ADJUDGED.

DATED: 7/29/2026

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE